# RECORD OF MAGISTRATE'S PROCEEDINGS

UNITED STATES OF AMERICA
vs
**Brandon Jennings**

MAGISTRATE'S DOCKET #:
DATE OF COMPLAINT:
CRIMINAL DOCKET NUMBER: 22-38
DATE OF INDICTMENT: 2/15/22
STATUTE: 18:2252

DATE ARRESTED: 2-16-22

## INITIAL APPEARANCE

Before Magistrate:
- [ ] LENIHAN
- [ ] MITCHELL
- [x] KELLY
- [ ] EDDY
- [ ] BAXTER
- [ ] PESTO

Date: 2-16-22
Time: 5:04p / 5:30p
Cassette Tape:
Tape Index:

U.S. ATTORNEY: Karen Gal-or

**1. RIGHTS EXPLAINED**

**2. COMPLAINT/INDICTMENT/INFORMATION:**
- [x] Read
- [x] Summarized
- [ ] Reading waived
- [ ] Defendant provided with a copy of the charges
- [x] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**
- [x] Read
- [x] Summarized
- [ ] Reading waived

**4. COUNSEL**
- [ ] Defendant requested appointment
- [ ] Defendant waived appointment
- [x] Defendant represented by: Thomas Livingston
- [ ] Defendant expects to retain:
- [ ] Affidavit executed
- [ ] Not Qualified
- [ ] Qualified
- [ ] with possible requirement for partial or full payment
- [ ] Federal Public Defender appointed
- [ ] CJA Panel Attorney ___ appointed

**5. BAIL**
Recommended Bond:
Bond Set at:
- [ ] By Consent
- [x] By Magistrate
- [ ] Bond Posted
- [ ] Temporary Commitment issued
- [ ] Final Commitment issued
- [x] Additional Conditions Imposed: AO 199

Bond Review Hearing Set For:
Detention Hearing Set For:

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

~~Preliminary Exam/Rule 40/~~Arraignment set for: 3/22 @ 11am Before Magistrate Judge Dodge

ADDITIONAL COMMENTS: